UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENJA O. CARMICHAEL,

    Plaintiff,

v.                                            CASE NO.:  5:24-cv-573-JLB-PRL

J. PASTRANA, FLOUNDARY,
SCOTT, and STERNS,

    Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's motion to proceed in forma pauperis be denied, this case be dismissed as frivolous as detailed in the Report and Recommendation, and Plaintiff's motion to enjoin prison staff be denied as moot.  (Doc. 6).  Although Plaintiff filed a notice of appeal (Doc. 7), that document raised no objections to the Report and Recommendation, and the appeal has since been dismissed for want of prosecution.  (Doc. 9).  The time to file objections has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  Id.

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED as frivolous** as detailed in the Report and Recommendation.

(3) Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

(4) Plaintiff's motion to enjoin prison staff (Doc. 4) is **DENIED as moot**.

(5) The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Fort Myers, Florida this 31st day of March 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA:   OCAP-2
Copies:   Plaintiff

2